UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
        U.S.A.

        -V-                             #86 Cr 1124 (JFK)

        Enrique Rivera

----------------------------------X

The conference in this case is adjourned from November 20, 2019 to December 3, 2019 at 11:15 a.m.

SO ORDERED.

Dated: New York, New York

11-15-19

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19