UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
U.S.A
 -V-                          : #86-CR-1124 (JFK)

Enrique Rivera            :
------------------------------------X

The conference in this case is adjourned from December 3, 2019 to December 18, 2019 at 11 a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-19

SO ORDERED.

Dated: New York, New York
12-2-19

_____
JOHN F. KEENAN
United States District Judge