# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| United States of America | ) **Judgment in a Criminal Case** |
| v. | ) (For Offenses Committed Prior to November 1, 1987) |
| | ) |
| | ) Case No.    1:S1 86 Cr 01124-004 (JFK) |
| ENRIQUE RIVERA | ) |
| | ) John Hillebrecht, Esq. / Jessica Masella, Esq. |
| *(Name of Defendant)* | ) Defendant's Attorney |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2-4-20

**THE DEFENDANT:**

☑ pleaded guilty to count(s) (S1) 1 _____

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 846 | Conspiracy to possess and distribute cocaine | 12/02/1986 | (S1) 1 |

☐ The defendant has been found not guilty on _____
and is discharged as to such count(s).

☑ Count(s) Open Counts _____ ☐ (is)  ☑ (are) dismissed on the motion of the United States.

**IT IS THE JUDGMENT OF THIS COURT THAT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of one year and one day.  The defendant is to receive  credit for the time already served.

Upon release from imprisonment, the defendant will be on supervised release for a term of 3 years.

In addition to any conditions of probation imposed above.  IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

☐ IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ _____ , for count(s) _____ , which shall be due ☐ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☑ The court orders commitment to the custody of the Attorney General and recommends:

Incarceration in Fort Devens, Massachusetts.

Last Four Digits of Defendant's Soc. Sec.   7822

Defendant's Year of Birth:   1965

City and State of Defendant's Residence:
Detained

02/04/2020
Date of Imposition of Sentence

*John F. Keenan*
Signature of Judge

HON. JOHN F. KEENAN          U.S.D.J.
Name and Title of Judge

2/4/20
Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal