```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :
                                     :
      -against-                      :       No. 86 Cr. 1124 (JFK)
                                     :
ENRIQUE RIVERA [Eulogio Portes],     :            ORDER
                                     :
                  Defendant.         :
-------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Counsel for Defendant Enrique Rivera a/k/a Eulogio Portes are directed to file their response, if any, to the Government's letter of April 22, 2020, (ECF No. 70), by no later than 5:00 p.m. on April 28, 2020.

**SO ORDERED.**

Dated:   New York, New York
         April 22, 2020

*/s/ John F. Keenan*
John F. Keenan
United States District Judge

1