**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
      -against-                     :   No. 86 Cr. 1124 (JFK)
                                    :
ENRIQUE RIVERA [Eulogio Portes],    :   <u>ORDER</u>
                                    :
                  <u>Defendant</u>.        :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Court, having determined that video teleconferencing is not reasonably available, will hold a conference in this case by telephone on Monday, May 4, 2020 at 12:00 p.m. using the following conference line and dial-in:

    AT&T Conference Line:  1-888-363-4749
    Access Code:  788 3927 #

    Prior to the conference, Defense counsel must confirm whether Defendant voluntarily consents to participate in the proceeding via teleconferencing and will join the conference by phone, or whether Defendant voluntarily waives his right to be present during the conference.

**SO ORDERED.**

Dated:   New York, New York
         May 1, 2020

                                                  *John F. Keenan*
                                               John F. Keenan
                                       United States District Judge